UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 2:16-CR-98-JVB-APR |
| JOHN A. SANDERS | |

**ORDER**

This matter is before the Court on the findings and recommendations of the Magistrate Judge on a plea of guilty by Defendant John A. Sanders (DE 19) filed on September 7, 2016. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant John A. Sanders, and **FINDS** the Defendant guilty of the offense charged in Count 1 of the indictment.

**SO ORDERED** on October 11, 2016.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE